Colin E. Schreck, Esq. (SBN: 246284)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone: 415.544.1900
Facsimile: 415.391.0281
cschreck@shb.com

Charles C. Eblen (*pro hac vice*)
Kristi L. Burmeister (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421-5547
ceblen@shb.com

Attorneys for Defendant
SIMPLEXGRINNELL LP


Mark C. Bauman (SBN: 252584)
BAUMAN LOEWE WITT & MAXWELL, PLLC
8765 E. Bell Road, Suite 204
Scottsdale, AZ 85260
Telephone: 480.502.4664
Facsimile: 480.502.4774
mbauman@blwmlawfirm.com

Attorney for Plaintiff
PHILADELPHIA INDEMNITY INS. CO.

**DISCOVERY MATTER**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY and MID-CENTURY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SIMPLEX GRINNELL L.P.; DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV-12-00567-PJH-NJV<br><br>**JOINT STIPULATION REQUESTING THAT DISCOVERY HEARING BE VACATED AND [PROPOSED] ORDER**<br><br>Date:   October 30, 2012<br>Time:   10:00 a.m.<br>Judge:  Honorable Nandor J. Vadas<br>Location:  TBD<br><br>Complaint Filed: December 30, 2011 |

---

JOINT STIPULATION TO WITHDRAW SIMPLEXGRINNELL LP'S MOTION TO COMPEL

5315656 v1                                                                                      Case No. CV-12-0567 PJH-NJV

Through this joint stipulation, Plaintiff Philadelphia Indemnity Insurance Company agrees to the withdrawal of Defendant SimplexGrinnell LP's motion to compel, filed on September 14, 2012, Docket No. 38. The parties further agree and request that the hearing set for October 30, 2012 be taken off calendar.

Respectfully submitted:

Dated: October 11, 2012       SHOOK, HARDY & BACON L.L.P.

By: */s/ COLIN E. SCHRECK*
Colin E. Schreck, Esq.
Attorneys for Defendant
SIMPLEXGRINNELL LP

Dated: October 11, 2012       BAUMAN LOEWE WITT & MAXWELL, PLLC

By: */s/ MARK C. BAUMAN*
Mark C. Bauman, Esq.
Attorneys for Plaintiff
Philadelphia Indemnity Ins. Co.

_____

**Pursuant to Local Rule 5-1(i)(3), the below filer attests that concurrence in the filing of this document has been obtained from the above signatories.**

Dated: October 11, 2012       By: */s/ COLIN E. SCHRECK*
Colin E. Schreck, Esq.

2
JOINT STIPULATION TO WITHDRAW SIMPLEXGRINNELL LP'S MOTION TO COMPEL
5315656 v1                                          Case No. CV-12-0567 PJH-NJV

**[PROPOSED] ORDER**

Based on the parties' representation that Court intervention is no longer requested to resolve this dispute, the hearing set for October 30, 2012 in this matter is hereby taken off calendar.

**IT IS SO ORDERED:**

Dated:   October  12 , 2012



HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE