UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPLEX GRINNELL, L.P.,<br><br>Defendant. | Case No. 12-cv-00567-PJH<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REMANDED CASES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Court of Appeals for the Ninth Circuit having been filed on July 21, 2015, a Case Management Conference shall be held on August 13, 2015, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Courthouse, 1301 Clay, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) days prior to the conference.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge